IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., <br><br> Plaintiff, <br> vs. <br><br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, <br><br> Defendants. | Case No. 5:17-cv-194 |

## MOTION TO ADMIT MORGAN MCDONALD *PRO HAC VICE*

Pursuant to Local Rule 83.1(b)(2)(A), the undersigned Tristram J. Coffin respectfully moves for the admission of Morgan McDonald, *pro hac vice*.  I am a member in good standing with the Bar of this Court, and Morgan McDonald will be actively associated as counsel for Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health in the above captioned matter.

Dated:  March 22, 2024

                                              DOWNS RACHLIN MARTIN PLLC

                              By:    /s/ Tristram J. Coffin
                                              Tristram J. Coffin
                                              199 Main Street
                                              Burlington, Vermont 05402
                                              Telephone: (802) 863-2375
                                              tcoffin@drm.com

                                              DEFENDANTS DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of March 2024, I caused a copy of this Motion for Admission *Pro Hac Vice* and supporting materials to be filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Tristram J. Coffin
Tristram J. Coffin

22668898.1