IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D.,<br><br>       Plaintiff,<br>vs.<br><br>DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,<br><br>       Defendants. | Case No. 5:17-cv-194 |

## AFFIDAVIT OF MORGAN MCDONALD

I, Morgan McDonald, hereby depose and state as follows:

1. I make this Affidavit in support of my application for admission *pro hac vice* in the above-captioned matter.

2. I am a member of the law firm of Foley & Lardner, LLP, 111 Huntington Avenue, Suite 2500, Boston, MA 02199, telephone: (617) 342-4000, fax: (617) 342-4001, and email: mmcdonald@foley.com. I am counsel for Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health in this matter.

3. I am admitted to practice in the Commonwealth of Massachusetts (Bar No. 705638) and the U.S. District Court for the District of Massachusetts.

4. I am in good standing and eligible to practice in each of the courts in which I have been admitted.

5. I am not currently suspended or disbarred in any jurisdiction and am not the subject of any disciplinary proceedings.

6. I have never been denied admission to, been disciplined by, or resigned from this Court or any other court, nor have I surrendered my license to practice or withdrawn any application for admission to practice before this Court or any other court.

7. I have familiarized myself with the Local Rules of this Court, the Federal Rules of Civil and Criminal Procedure, and the Vermont Rules of Professional Conduct.

8. Tristram J. Coffin, of the law firm of Downs Rachlin Martin PLLC, 199 Main Street, P.O. Box 190, Burlington, VT 05402-0190, shall be my agent for service of process in connection with this action. I will associate myself at all times with the law firm of Downs Rachlin Martin PLLC for purposes of this action.

9. The District of Vermont will be the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

10. I certify that the foregoing is true and correct.

Executed this 11th day of March, 2024, in Boston, Massachusetts.

_____
Morgan McDonald

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF SUFFOLK, SS.

    Morgan McDonald appeared personally before me and swears that the foregoing is true and correct to the best of her information, knowledge and belief.

Date: 3/11/24

Budget L Gorman
Notary Public