UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL and DARTMOUTH-HITCHCOCK HEALTH, | ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 5:17-cv-194

## ORDER

Following a hearing on March 27, 2024, the court appoints John Schraven as special master in this case. Mr. Schraven shall be compensated at the rate of $400 per hour, divided evenly between the two parties, plus reasonable expenses. The court appreciates Mr. Schraven's willingness to serve as settlement master and will honor the confidentiality of the discussions between the parties in which Mr. Schraven participates.

Dated at Burlington, in the District of Vermont, this 28$^h$ day of March, 2024.

Geoffrey W. Crawford, Chief Judge
United States District Court